1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
    (05-4450 CRB)                                   **ORDER OF DISMISSAL WITH**
16                                                  **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et*
    *al.*
18  (05-4453 CRB)

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)
20
    *Barbara Clem vs. G.D. Searle LLC, et al.*
21  (05-4736 CRB)

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)
23
    *Johnny Edwards vs. Pfizer Inc, et al.*
24  (06-1914 CRB)

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)
26
    *Connie B. Anderson vs. Pfizer Inc, et al.*
27  (06-2784 CRB)

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

                                    -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2

*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3

4

*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

5

*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6

7

*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

8

*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9

10

*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

11

*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12

13

*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

14

*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15

16

*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

17

*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18

19

*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

20

*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21

22

*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

23

*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24

25

*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

26

*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27

28

*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)

2

3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)

4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)

5

6  *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)

7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)

8

9  *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)

10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)

11

12 *Michael Fisher vs. Pfizer Inc, et al.*
   (07-0761 CRB)

13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)

14

15 *Ricky Estep vs. Pfizer Inc, et al.*
   (07-0971 CRB)

16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)

17

18 *Shirley Darling, et al. vs. Pfizer Inc, et al.*
   (07-1356 CRB)

19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)

20

21 *Richard L. Bowden vs. Pfizer Inc, et al.*
   (07-1375 CRB)

22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)

23

24 *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
   (07-1874 CRB)

25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)

26

27 *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
   (07-3034 CRB)

28 *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1  (07-3643 CRB)

2  *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
   (07-3646 CRB)
3
   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4  (07-3955 CRB)

5  *Helen Alexander, et al. vs. Pfizer Inc, et al.*
   (07-4382 CRB)
6
   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7  (07-4983 CRB)

8  *James Darty vs. G.D. Searle LLC, et al.*
   (07-5399 CRB)
9
   *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10 (07-5590 CRB)

11 *Morris Adams, et al. vs. Pfizer Inc, et al.*
   (07-5591 CRB)
12
   *Peter Fos vs. Pfizer Inc, et al.*
13 (07-5685 CRB)

14 *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   (07-5703 CRB)
15
   *Vivian Cobb vs. Pfizer Inc, et al.*
16 (08-0257 CRB)

17 *Roberta Bowman vs. Pfizer Inc, et al.*
   (08-0303 CRB)
18
   *Harriet Bratcher vs. Pfizer Inc, et al.*
19 (08-0795 CRB)

20 *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   (08-0977 CRB)
21
   *Ramond Beaver vs. Pfizer Inc, et al.*
22 (08-1015 CRB)

23 *Robert Colman vs. Pfizer Inc, et al.*
   (08-1016 CRB)
24
   *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25 (08-1224 CRB)

26 *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   (08-1351 CRB)
27
   *Tim Gray vs. Pfizer Inc, et al.*
28 (08-1434 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1

2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
   *Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15 each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22  DATED: 10|2§2009     By: _Taran Ward F._

23
                         **BEASLEY, ALLEN, CROW, METHVIN,**
24                       **PORTIS & MILES, P.C.**
                         218 Commerce Street
25                       P.O. Box 4160
                         Montgomery, Alabama 36103
26                       Telephone:  334-269-2343
                         Facsimile:  334-954-7555
27
                         *Attorneys for Plaintiffs*
28

                                    -5-

                 **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42595197.1

1    DATED: Oct. 29, 2009     By:

2

3                              **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
4                              New York, New York 10020
                               Telephone: 212-335-4500
                               Facsimile: 212-335-4501
5

6                              *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                              Hon. Charles R. Breyer
                                United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1